UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN AND NURIT LAPIN,<br><br>               Plaintiff,<br><br>v.<br><br>ADAMIS PHARMACEUTICALS CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 1:23-cv-03023<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Benjamin and Nurit Lapin ("Plaintiffs") voluntarily dismiss the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: July 6, 2023

**ROWLEY LAW PLLC**

*S/ Shane T. Rowley*
Shane T. Rowley (SR-0740)
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

*Attorneys for Plaintiff*

SO ORDERED:
[signature]
U.S.D.J.
7/7/23